

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00385-CV

Lisa **SEPULVEDA**,
Appellant

v.

Manuel **MOLINA** and Marcus Molina,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI09823
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

In the case underlying this appeal, the trial court signed a final judgment on June 11, 2021. The deadline to file a timely post-judgment motion was July 12, 2021. *See* Tex. R. Civ. P. 329b(a).

When a post-judgment motion that may operate to extend the deadline to file a notice of appeal is not timely filed, an appellant's notice of appeal must be filed within thirty days after the judgment is signed. Tex. R. App. P. 26.1. An untimely post-judgment motion, e.g., a motion for new trial, does not extend the time to file a notice of appeal. *See id.*; *In re Estate of Block*, No. 04-11-00558-CV, 2011 WL 5115697, at *1 (Tex. App.—San Antonio Oct. 26, 2011, no pet.) (mem. op.) ("An untimely motion for new trial does not extend appellate deadlines).

Here, Appellant's motion for reconsideration, which we construe as a motion to modify, correct, or reform the judgment, *see* Tex. R. Civ. P. 329b(c), was filed on August 18, 2021, thirty-seven days after the motion was due. It appears that the motion was not timely filed, and thus the deadline to file Appellant's notice of appeal was not extended. *See* Tex. R. App. P. 26.1(a)(1); Tex. R. Civ. P. 329b(a); *In re Estate of Block*, 2011 WL 5115697, at *1.

If so, Appellant's notice of appeal was due on July 12, 2021, and a motion for extension of time to file a notice of appeal was due on July 27, 2021. *See* Tex. R. App. P. 26.1, 26.3. Appellant's notice of appeal was filed on September 10, 2021. It appears to be untimely.

We ORDER Appellant to SHOW CAUSE in writing within TEN DAYS of the date of

this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). **If Appellant fails to respond as ordered, this appeal will be dismissed without further notice.** *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

MICHAEL A. CRUZ, Clerk of Court

